OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 20, 2017

John Francis X. Reilly, Esq.
Alan L. Yatvin, Esq.

RE: M. R., et al v. Ridley School District
Case Number: 16-2465
District Case Number: 2-11-cv-02235

Dear Counsel:

    At the direction of the Court, counsel is hereby directed to be prepared at argument to address the significance, if any, for this case of *Hardt v. Reliance Standard Life. Ins. Co.*, 560 U.S. 242 (2010), and *Gross v. Sun Life Assurance Co. of Canada*, 763 F.3d 73 (1st Cir. 2014), as to whether appellants obtained at least some relief on the merits of their claim.

Very truly yours,

Marcia M. Waldron, Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932