OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 20, 2017

John Francis X. Reilly, Esq.
Alan L. Yatvin, Esq.

RE: M. R., et al v. Ridley School District
Case Number: 16-2465
District Case Number: 2-11-cv-02235

Dear Counsel:

At the direction of the Court. In addition to the issues cited in the previous letter, the court directs counsel to be prepared to address at oral argument (1) whether this case is properly viewed as stay-put litigation pursuant to 20 U.S.C. § 1415(j) or, alternatively, as a suit for tuition reimbursement under *School Committee v. Department of Education*, 471 U.S. 359, 369-70 (1985), and 20 U.S.C. § 1412(a)(10)(C)(ii); and (2) the significance, if any, for this case of the "prevailing party" analysis in *P.N. ex rel. M.W. v. Clementon Board of Education*, 442 F.3d 848, 855-57 (3d Cir. 2006); *T.D. v. LaGrange School District No. 102*, 349 F.3d 469, 479-80 (7th Cir. 2003); *G ex rel. RG v. Fort Bragg Dependent Schools*, 343 F.3d 295, 310 (4th Cir. 2003); *and Fowler v. Unified School District No. 259*, 128 F.3d 1431, 1439-40 (10th Cir. 1997).

Very truly yours,

Marcia M. Waldron, Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932